**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.  2:18-cv-07864-SJO-KES                          Date:  September 6, 2019

Title:  LOYD TUCKER v. LOS ANGELES COUNTY, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**          **Order to Show Cause Why Defendants Should Not Be Dismissed for Failure to File a Status Report and Comply With a Court Order**

        Pro se Plaintiff Loyd Tucker ("Plaintiff") has sued Defendant Los Angeles County (the "County") and sixteen individual Defendants (the "Social Worker Defendants") who work for the County's Department of Children and Family Services ("DCFS").  Because three Social Worker Defendants had not appeared in this action (Defendants Nelson Sanchez, Ofelya Edgard, and Nayeli Alanis), on July 3, 2019, the Court ordered Plaintiff to either file a status report concerning his service efforts or move for default judgment.  (Dkt. 39.)  That same day, Defendant Edgard answered the Second Amended Complaint.  (Dkt. 40.)  On July 8, 2019, the Court ordered Plaintiff to file a status report on or before September 3, 2019, "describing whether he has ascertained the addresses of Defendants Sanchez and Alanis through discovery and whether he has served Defendants."  (Dkt. 42.)  To date, the Court has not received any status report from Plaintiff.

        IT IS THEREFORE ORDERED that, **on or before September 20, 2019**, Plaintiff shall discharge this order to show cause by filing one of the following: (1) proof of service of Defendants Sanchez and Alanis, or (2) a status report and a response explaining why Plaintiff has failed to follow the Court's order.

                                                Initials of Deputy Clerk JD