# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOYD TUCKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 2:18-cv-07864-VBF-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge to which no objections were filed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

　　IT IS THEREFORE ORDERED that Defendant Nelson Sanchez is dismissed without prejudice. The case remains open and referred to the United States Magistrate Judge.

DATED: April 7, 2020

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE